United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.

CASE NO: 1:01CR00431-001

CIVIL NO: ___B-02-215___

JOSE FUNEZ-VEGA

PRO SE MOTION TO VACATE, SET ASIDE, OR CORRECT

A SENTENCE PURSUANT TO 28 USCA § 2255

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE FUNEZ-VEGA, hereinafter referred to as Defendant in the above captioned cause and respectfully moves this Honorable Court to vacate, set aside, or correct a sentence herein and, in support thereof, Defendant would show as follows:

I

On July 31, 2002, Defendant became the subject of an investigation for illegal reentry and, following a brief investigation, he was charged with illegal reentry of the United States after a previous deportation that was subsequent to a conviction of an aggravated felony.

## II

A the re-arraignment hearing of October 9, 2001, Defendant entered a guilty plea and, following a pre-sentence investigation, he, on january 15, 2002, received a 46-month sentence in accordance with the terms of a plea-agreement. And because no appeal was taken, Defendant's conviction herein is, thus, final.

## III

### PRO SE LITIGATION

Defendant avers that he is a layman in law with absolutely no background no background in the same, therefore, he respect-fully requests that his pleadings herein be construed liberally rather than being held to the rigorous, applicable standard as that of a professional lawyer. See **Haines v. Kerner,** 404 U.S. 519, 520-21, 92 S.Ct. 594, 596, 30 L.Ed.2d 652 (1972), per curiam; **Fisher v. State of Texas,** 169 F.3d 295, 298 (5th Cir. 1999 ); **Rodriguez v. Holmes,** 963 F.2d 799, 801 (5th Cir. 1992); (citing **Richardson v. Fleming, 651 F.2d 366, 368 (5th Cir. 1981).**

## IV

### JURISDICTION

Defendant contends that the conviction herein is final, additionally, this § 2255 motion is being timely filed, thus, the jurisdiction of the Court herein is invoked by the

2.

provisions of 28 USCA § 2255.

## V

## GROUNDS OF ALLEGATION

(1) Defendant contends that he was denied the right
to an effective assistance of counsel under the 6th Amendment.

## VI

## ARGUMENT

Defendant reiterates that he was deprived his right
to an effective assistance of counsel in that his counsel,
Honorable Veronica Farias, failed to challenge his unlawful
arrest and the ensuing, un-mirandarized statement to the
Boarder Patrol agents who confronted him moments after
Defendant waded across the Rio Grande River.

Defendant avers that approximately 45 minutes after
he had crossed into the United States, he was confronted by
a couple of agents as Defendant was about to make a purchase
at a convenience store. Even though there was nothing amiss
regarding Defendant's appearance and said agents had not
observed Defendant cross into the United States or witnessed
him commit a crime following said entry, the agents,
nonetheless, proceeded to interrogate him. Defendant submits
that said stop and interrogation are unlawful and the same
are tantamount to illegal arrest or 'seizure' without
probable cause. Thus, the failure of his appointed counsel

3.

to move to suppress Defendant's statement to said agents, which was the basis of the charges herein, amounts to rendering an ineffective assistance of counsel. And, as a such, Defendant's conviction and sentence herein should be vacated.

Respectfully Submitted,

*Jose Funez V*

Jose Funez-Vega, 11423-179

RCDC II, Box 731

P. O. Box 1560

Pecos, Tx. 79772

October 30, 2002


## OATH OF AFFIRMATION

I, **JOSE FUNEZ-VEGA**, Defendant herein, declare under the penalty of law that the foregoing is true and correct.

Respectfully Submitted,

*Jose Funez V*

Jose Funez-Vega

4.

FORM FOR MOTIONS UNDER 28 U.S.C. § 2255

JOSE FUNEZ-VEGA
_____
Name

11423-179
_____
Prison Number

REEVES COUNTY DETENTION CENTER, PECOS-TEXAS
_____
Place of Confinement


United States District Court _____ District of <u>SOUTH TEXAS-BROWNSVILLE</u>

Case No. <u>1:01CR00431-001</u>          (to be supplied by Clerk of Court)


United States,

                              v.

JOSE FUNEZ-VEGA
_____
(full name of movant)

     (If movant has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)


MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

INSTRUCTIONS -- READ CAREFULLY

(1) This motion must be legibly handwritten or typewritten, signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed <u>in forma pauperis</u>, you

must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court whose address is
_____
_____

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. DISTRICT COURT, BROWNSVILLE, TEXAS _____

2. Date of judgment of conviction  JANUARY 15, 2002 _____

3. Length of sentence  46 MONTHS  Sentencing Judge  HON. HILDA G. TAGLE

4. Nature of offense or offenses for which you were convicted  ILLEGAL REENTRY INTO THE UNITED STATES AFTER DEPORTATION _____
_____
_____
_____

5. What was your plea?   (check one)
   (a) Not guilty           (  )
   (b) Guilty               ( X )
   (c) Nolo Contendere      (  )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
   NOT APPLICABLE
_____
_____
_____
_____
_____
_____
_____

2

6. Kind of trial:  (check one)
   (a)  Jury      ( )
   (b)  Judge only   ( )

7. Did you testify at the trial? Yes ( )   No ( )

8. Did you appeal from the judgment of conviction? Yes ( )  No ( )

9. If you did appeal, answer the following:
   (a)  Name of court   NO APPEAL WAS TAKEN         
   (b)  Result _____
   (c)  Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence,
have you previously filed any petitions, applications or motions with
respect to this judgment in any federal court?   Yes ( )      No (X )

11. If your answer to 10 was "yes," give the following information:
   (a)  (1)  Name of court _____
       (2)  Nature of proceeding _____
            _____
       (3)  Grounds raised _____
            _____
            _____
            _____
            _____
            _____
            _____
       (4)  Did you receive an evidentiary hearing on your petition,
application or motion? Yes ( ) No ( )
       (5)  Result _____
       (6)  Date of result _____
   (b)  As to any second petition, application or motion give the same
information:
       (1)  Name of court _____
       (2)  Nature of proceeding _____
            _____
       (3)  Grounds raised _____
            _____
            _____
            _____
            _____
            _____
            _____
       (4)  Did you receive an evidentiary hearing on your petition,
application or motion? Yes ( ) No ( )
       (5)  Result _____
       (6)  Date of result _____
   (c)  As to any third petition, application or motion, give the same
information:
       (1)  Name of court _____

3

      (2)  Nature of proceeding _____
_____

      (3)  Grounds raised _____
_____
_____
_____**N/A**_____
_____
_____
_____

      (4)  Did you receive an evidentiary hearing on your petition,
application or motion?  Yes ( )  No ( )

  (d)  Did you appeal, to an appellate federal court having jurisdiction, the
result of action taken on any petition, application or motion?

      (1)  First petition, etc.  Yes ( )  No ( )

      (2)  Second petition, etc.  Yes ( )  No ( )

      (3)  Third petition, etc.  Yes ( )  No ( )

  (e)  If you did not appeal from the adverse action on any petition,
application or motion, explain briefly why you did not: _____
_____
_____**N/A**_____
_____
_____

12.  State **concisely** every ground on which you claim that you are being held
unlawfully.  Summarize briefly the facts supporting each ground.  If
necessary, you may attach pages stating additional grounds and facts
supporting same.

     CAUTION: If you fail to set forth all grounds in this motion, you may be
            barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised
grounds for relief in these proceedings.  Each statement preceded by a
letter constitutes a separate ground for possible relief.  You may raise any
grounds which you have other than those listed.  However, you should raise
in this motion all available grounds (relating to this conviction) on which
you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts
in support of the ground or grounds which you choose.  Do not check any of
the grounds listed below.  The petition will be returned to you if you
merely check (a) through (j) or any one of these grounds.

    (a)  Conviction obtained by plea of guilty which was unlawfully induced
        or not made voluntarily or with understanding of the nature of the
        charge and the consequences of the plea.

    (b)  Conviction obtained by use of coerced confession.

    (c)  Conviction obtained by use of evidence gained pursuant to an
        unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(I) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

NOTE:  If Petitioner asserts denial of effective assistance of counsel (ground "I"), he must describe with particularity the factual basis for his claim (e.g., lawyer failed to raise insanity defense), and he must describe the prejudice allegedly suffered as a result of the denial of effective assistance of counsel (e.g., convicted of crime that Petitioner lacked the mental capacity to commit).

A. Ground one:   __INEFFECTIVE ASSISTANCE OF COUNSEL__

Supporting FACTS (tell your story briefly without citing cases or law):
Counsel failed to move to suppress Defendant's statement to arresting agents (See attached brief).
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

B. Ground two:   __NONE__

Supporting FACTS (tell your story briefly without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

5

C. Ground three: _____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D. Ground four: _____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

_____
_____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C and D were not previously presented, state <u>briefly</u> what grounds were not so presented, and give your reasons for not presenting them:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?  Yes (  )    No ( X )

6

15. Give the name and address, if known, of each attorney who represented you
    in the following stages of the judgment attacked herein:
    (a)  At preliminary hearing ___HON. VERONICA FARIAS___
          2854 BOCA CHICA BLVD., BROWNSVILLE, TX. 78520.
    (b)  At arraignment and plea _SAME AS ABOVE_

    (c)  At trial _SAME AS ABOVE_

    (d)  At sentencing _SAME AS ABOVE_

    (e)  On appeal __NONE WAS TAKEN_

    (f)  In any post-conviction proceeding _NONE (PRO SE)_

    (g)  On appeal from any adverse ruling in a post-conviction proceeding
         NOT APPLICABLE

16. Were you sentenced on more than one count of an indictment, or on more than
    one indictment, in the same court and at approximately the same time?
    Yes ( )   No (X)

17. Do you have any future sentence to serve after you complete the sentence
    imposed by the judgment under attack?
    Yes ( )   No (X)
    (a)  If so, give name and location of court which imposed sentence to be
        served in the future: _____

    (b)  And give date and length of sentence to be served in the future:

    (c)  Have you filed, or do you contemplate filing, any petition attacking
        the judgment which imposed the sentence to be served in the future?
        Yes ( )   No ( )

    Wherefore, movant prays that the court grant him all relief to which he may
be entitled in this proceeding.
    Executed at _RCDC II, BOX 731, P.O. BOX 1560, PECOS, TX. 79772_
                City, County, State

    I declare (or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct. Executed on _October 30, 2002_.
                         (Date)

                    _Jose Nunez V._
                    Signature of Movant