# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE FUNEZ-VEGA | * |
| | * |
| VS | * C.A. NO. B-02-215 |
| | * |
| UNITED STATES OF AMERICA | * (CR. NO. B-00-431) |

## NOTICE OF DISMISSAL
## FOR WANT OF PROSECUTION

On November 15, 2002, the U.S. District Clerk mailed an application to proceed in forma pauperis to the Petitioner. The Petitioner has failed to response and has not filed said document.

It is, therefore, **ORDERED** that this application for Writ of Habeas Corpus be placed on the dismissal docket and dismissed thereafter if no response is received from Petitioner by January 17, 2003.

DONE at Brownsville, Texas, this 16th day of August 2003.

_____
Felix Recio
United States Magistrate Judge