

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**



| | | |
|---|---|---|
| JOSE FUNEZ-VEGA | * | |
| VS | * | C.A. NO. B-02-215 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-00-431) |

### ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **March 17, 2003**. Said response shall include the transcripts of the guilty plea and sentencing record.

DONE at Brownsville, Texas, this 17th day of January 2003.

_____
Felix Recio
United States Magistrate Judge